**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| M.C.G.T o/b/o J.T., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:26-cv-213-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION | : | |
| CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |

_____

**<u>ORDER</u>**

On February 5, 2026, Mia Cristal Guzman Tapia filed an application for

habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1) on behalf of Petitioner in the

United States District Court for the Middle District of Georgia.  The petition was

signed only by Guzman Tapia, who claims next friend standing, on behalf of her

mother.  Pet. 1, ECF No. 1.  That same day, the Court ordered Guzman Tapia to

provide further information as to why she is entitled to next-friend status.  Order,

Feb. 5, 2026, ECF No. 4.  Guzman Tapia then filed a motion to recognize next friend

status on March 16, 2026, which provides additional reasons and further explanation

for her request for next friend status (ECF No. 8).  Based on this filing, the Court

finds that Guzman Tapia provided good cause for her request.  Thus, the Court grants

Guzman Tapia's motion and recognizes her as Petitioner's next friend.

Having initially reviewed Petitioner's application, the Court finds good cause

to extend the time for a response.  28 U.S.C. § 2243.  Accordingly, Respondents shall

have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply.  The Court will consider whether to hold an evidentiary hearing once briefing is complete.

SO ORDERED, this 23rd day of March, 2026.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE