IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GUZMAN TAPIA,                        :
*o/b/o* J.T.                         :
                                     :
                Petitioner,          :
                                     :
v.                                   :    Case No. 4:26-cv-213-CDL-AGH
                                     :            28 U.S.C. § 2241
Warden, STEWART DETENTION            :
CENTER, *et al.*,                    :
                                     :
                Respondents.         :
_____

ORDER

Following the Court's Order (ECF No. 18), Petitioner received a bond hearing before an immigration judge.  Memo. in Supp. of Pet. 1, ECF No. 19.  Petitioner asks this Court to overturn the immigration judge's denial of her release.  *Id.* at 3-4.  This Court lacks jurisdiction to review the individualized bond determination by an immigration judge.  *See* 8 U.S.C. § 1226(e); *Jennings v. Rodriguez*, 583 U.S. 281, 295 (2018) (quoting *Demore v. Kim*, 538 U.S. 510, 516 (2003) ("§ 1226(e) precludes an alien from challenging a discretionary judgment . . . regarding his detention or release.").  Accordingly, Petitioner's request is denied.  To the extent that Petitioner maintains that the denial of bond violates her due process rights, the Court finds that Petitioner has not stated a plausible constitutional claim over which this Court would have jurisdiction.  Because the basis for Petitioner's

habeas claim is that she is entitled to a bond hearing, which she has now received, this entire habeas action is dismissed.

IT IS SO ORDERED, this 8th day of July, 2026.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA