IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MIA CRISTAL GUZMAN TAPIA, as next    *
friend of, JOHANNY TAPIA ,

                                     *

            Petitioner,             Case No.   4:26-cv-00213-CDL-AGH

v.                                  *            28 U.S.C. §§ 2241

 Warden, STEWART COUNTY DETENTION    *
CENTER, et al.,

                                     *

           Respondents.

_____

**J U D G M E N T**

Pursuant to this Court's Order dated July 8, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 8th day of July, 2026.

                                     David W. Bunt, Clerk

                                     s/ Ashley N. Yates, Deputy Clerk